# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | CRIMINAL NO. 17-CR-094 (BAH) |
| § | |
| VS. § | |
| § | |
| JUAN MANUEL ABOUZAID § | |
| EL BAYEH, § | |
|     Defendant. § | |

_____

**UNOPOSED MOTION TO MOTION TO WITHDRAW, FOR APPOINTMENT OF COUNSEL AND FOR CONTINUANCE**

**TO THE HONORABLE BERYL A. HOWELL, UNITED STATES DISTRICT COURT JUDGE, DISTRICT OF COLUMBIA:**

Defendant Juan Manuel Abouzaid El Bayeh files this his unopposed motion to WITHDRAW and respectfully requests that the Court permit undersigned counsel to withdraw from this case and appoint CJA counsel to represent Mr. Abouzaid El Bayeh. Undersigned counsel has conferred with Mr. Abouzaid El Bayeh and he fully concurs with this motion and the appointment of CJA counsel. The Government is unopposed to the granting of this motion. In support thereof, undersigned counsel states as follows:

    1.    As undersigned counsel has previously advised the Court in an unopposed motion to continue sentencing filed by undersigned counsel, undersigned

counsel was diagnosed with Stage 2 brain cancer in November of 2024. Surgery at MD Anderson Cancer Center in Houston, Texas took place on December 6, 2024. Post-operative surgery revealed pathology reports that indicated the cancer was far more severe than originally thought. Counsel has been undergoing daily chemotherapy and radiation treatments that are now completed. However, he is about to restart a more intensive series of chemotherapy treatments. Counsel resides in Houston, Texas and is being treated at M.D. Anderson Cancer Center. Chemotherapy and various medications counsel is taking make it extremely difficult for him to travel.

        3.     Undersigned counsel, unlike in other cases, does not have co-counsel in this case who can assume the normal duties required of counsel. Counsel has advised Mr. Abouzaid El Bayeh of his filing of this motion and Mr. Abouzaid El Bayeh is in full agreement with this motion. He additionally has indicated to undersigned counsel that he would like to have the Court appoint counsel to represent him for the remainder of this case.

        4.     In addition to the request to withdraw and to have Court-appointed counsel, it may be necessary to continue the sentencing date in this matter yet again and that the Court grant another extension of time for the filing of any objections to the PSR and/or responses to any responses to the PSR that may be filed by the Government.

5. Undersigned counsel has conferred with Department of Justice Counsel Lernik Begian and the Government is not opposed to the granting of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court allow undersigned counsel to withdraw as counsel for Mr. Abouzaid El Bayeh and appoint counsel to represent him for the remainder of this case. Additionally, to the extent necessary, Defendant prays that the Court grant another continuance of the sentencing date in this matter as well as an extension time to file any objections to the PSR and/or any responses to any responses to the PSR filed by the Government and for such other and further relief in connection therewith that is deemed proper by the Court.

Respectfully submitted,

  /SS/  Erik R. Sunde
Erik R. Sunde
Attorney at Law
D.C. Bar No. TX0073
912 Prairie Street, Suite 100
Houston, Texas 77002
713-600-1800 (Office)
713-600-1840 (Fax)
erikrsundelaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on March 21, 2025, a true and correct copy of the above and foregoing document was served on Department of Justice Counsel Lernik Begian utilizing the Court's ECF electronic communication system and/or via direct electronic mail.

                                                     */SS/  Erik R. Sunde*
                                                      Erik R. Sunde

## CERTIFICATE OF CONFERENCE

This is to certify that I have communicated with Department of Justice Counsel Lernik Begian regarding the substance of this motion and the United States is unopposed to the granting of this motion. I further certify that I have discussed the filing of this motion with Defendant Mr. Abouzaid El Bayeh and he is not opposed to the granting of this motion either.

                                                     */SS/  Erik R. Sunde*
                                                     Erik R. Sunde